UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>RAHMAN SHABAZZ,<br><br>                          Defendant. | **ORDER**<br><br>22 Cr. 286 (PGG)<br>22 Cr. 292 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        As stated on the record today, the violation of supervised release proceeding as to Defendant Rahman Shabazz will continue on **September 15, 2022 at 2:30 p.m.**

Dated: New York, New York
       July 15, 2022

                                            SO ORDERED.

                                            *[signature]*
                                            Paul G. Gardephe
                                            United States District Judge